

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 25, 2013

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 27 2013

CLERK

Re: American Farm Bureau Federation
v. Environmental Protection Agency, et al.
Application No. 12A920
(Your No. 09-1322, et al.)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on March 25, 2013 extended the time to and including April 19, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by
Jacob C. Travers
Case Analyst



# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Peter S. Glaser
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001